UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BPP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 4:17-cv-1370 |
| | ) |
| HENRY SCHEIN, INC. and | ) |
| INTERGRATED MEDIA SOLUTIONS d/b/a | ) |
| INTERGRATED MEDIA SOLUTIONS, LLC | ) |
| and d/b/a DENTAL PRODUCTS SHOPPER | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

Defendant Henry Schein, Inc. ("Henry Schein"), by its undersigned counsel, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby removes the state court civil action known as *BPP v. Henry Schein, Inc. and Intergrated Media Solutions d/b/a Intergrated Media Solutions, LLC and d/b/a Dental Products Shopper* from the Circuit Court of St. Louis County, Missouri (Cause No. 17SL-CC01069), to the United States District Court for the Eastern District of Missouri, Eastern Division, and states as follows:

*Introduction*

1. On March 22, 2017, Plaintiff BPP ("BPP") originally filed its Petition in the Circuit Court of St. Louis County, Missouri. A copy of the state court file is attached hereto as Exhibit A; a Civil Cover Sheet is attached as Exhibit B.

2. On March 22, 2017, BPP completed service on Henry Schein.

3. On March 29, 2017, BPP completed service on co-defendant Intergrated Media Solutions d/b/a Intergrated Media Solutions, LLC and d/b/a Dental Products Shopper ("IMS").

8384890.1
8393248.1

4. As set forth more fully below, this case is properly removed to this Court pursuant to 28 U.S.C. § 1441 because Henry Schein has satisfied the procedural requirements for removal and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331.

*Grounds for Removal*

**I.     Henry Schein Has Satisfied the Procedural Requirements for Removal.**

5. As indicated above, Henry Schein was served with the Petition on March 22, 2017 when the summons and petition were received by Henry Schein. This Notice of Removal is timely filed under 28 U.S.C. § 1446(b) because Henry Schein is filing it within 30 days of its receipt of the initial pleading setting forth the claim for relief upon which such action is based, and within 30 days after service of process was achieved on Henry Schein.

6. Venue is proper in this division of the Court because this division embraces St. Louis County, Missouri, where BPP's action was filed. See 28 U.S.C. §§ 1441 and 1446(a).

7. This matter involves an original proceeding as reflected on the Original Filing Form attached hereto as Exhibit C.

8. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal, together with all exhibits, is being served on BPP's counsel; in addition, a Notice to Plaintiff and to State Court of Filing Notice of Removal will be electronically filed in the Circuit Court of St. Louis County, Missouri, attaching the Notice of Removal (without exhibits) as an exhibit. A copy of the Notice to Plaintiff and to State Court of Filing Notice of Removal that will be electronically filed in the Circuit Court of St. Louis County, Missouri is attached hereto as Exhibit D.

9. After the Notice to Plaintiff and to State Court of Filing Notice of Removal is officially deemed "ACCEPTED" by the state court clerk (a process that is sometimes delayed by

one or more business days), a copy of the Notice to Plaintiff and to State Court of Filing Notice of Removal showing the electronic file-stamp will be filed in this Court, without the exhibit.

### II. Removal Is Proper Because This Court Has Subject Matter Jurisdiction.

10. United States District Courts are vested with jurisdiction to consider cases or controversies "arising under" the laws of the United States of America. *See* 28 U.S.C. § 1331.

11. Removal of such cases is governed by 28 U.S.C. § 1441(a). Section 1441(a) provides that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." *See* 28 U.S.C. § 1441(a).

12. Here, BPP's Petition purports to assert a claim against Henry Schein for alleged violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* ("TCPA"). *See* Petition, p. 1.

13. Because BPP's Petition alleges violations of a federal statute—the TCPA—BPP's claims "arise[] under" the laws of the United States. *See* 28 U.S.C. § 1331. Therefore, this Court may properly exercise jurisdiction over BPP's TCPA claim.

14. Because the requirements for federal question jurisdiction are satisfied, this Court has subject matter jurisdiction and this case is properly removed.

15. A corporate disclosure statement will be separately filed.

### III. Co-Defendant IMS Consents to the Removal of this Action

16. Co-Defendant IMS consents to Defendant Henry Schein's removal of this action as reflected in the Consent to Removal attached hereto as <u>Exhibit E</u>.

WHEREFORE, Defendant Henry Schein hereby removes the state court civil action known as *BPP v. Henry Schein, Inc. and Intergrated Media Solutions d/b/a Intergrated Media Solutions, LLC and d/b/a Dental Products Shopper* from the Circuit Court of St. Louis County, Missouri (Cause No. 17SL-CC01069), to the United States District Court for the Eastern District of Missouri, Eastern Division, and respectfully requests that this Court retain jurisdiction for all further proceedings in this matter.

SANDBERG PHOENIX & von GONTARD P.C.

*/s/ Timothy C. Sansone*
Timothy C. Sansone, #47876MO
600 Washington Avenue - 15th Floor
St. Louis, MO 63101
Tel: 314-231-3332
Fax: 314-241-7604
tsansone@sandbergphoenix.com

*Attorneys for Defendant Henry Schein, Inc.*

**Certificate of Service**

I certify that on April 21, 2017, a copy of this document was filed electronically with the Clerk of this Court; in addition, a copy was sent by via first-class U.S. Mail, postage prepaid, to the following counsel:

Ronald Jay Eisenberg
Schultz & Associates, LLP
640 Cepi Drive Suite A
Chesterfield, MO 63005

Phillip M. Horwitz
Offices of Phillip M. Horwitz, LLC
640 Cepi Drive Suite A
Chesterfield, MO 63005
*Attorneys for Plaintiff*

*/s/ Timothy C. Sansone*