UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| BPP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HENRY SCHEIN PRACTICE SOLUTIONS, | ) | Cause No. 4:17-cv-01370-JAR |
| INC., and INTEGRATED MEDIA | ) | |
| SOLUTIONS d/b/a | ) | |
| INTEGRATED MEDIA SOLUTIONS, LLC and | ) | |
| d/b/a DENTAL PRODUCT SHOPPER, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff BPP ("BPP")

voluntary dismisses Defendant Henry Schein Practice Solutions, Inc. ("HSPS") from this matter

without prejudice, with BPP and HSPS bearing their own costs.  This stipulation is signed on

behalf of all parties who have appeared in this matter, as required under Rule 41(a)(1)(A)(ii).


SCHULTZ & ASSOCIATES LLP

*/s/ Ronald J. Eisenberg*
Ronald J. Eisenberg, #48674MO
Robert Schultz, #35329MO
640 Cepi Drive, Suite A
Chesterfield, MO 63005
(636) 537-4645
Fax: (636) 537-2599
reisenberg@sl-lawyers.com
rschultz@sl-lawyers.com

and

LAW OFFICES OF PHILIP M. HORWITZ, L.L.C.

Philip M. Horwitz, #38493MO
640 Cepi Drive, Suite A
Chesterfield, MO 63005-1221
(636) 536-9644
Fax:  (636) 778-1252
pmhlth@aol.com

*Attorneys for Plaintiff*


THOMPSON COBURN, LLP

*/s/ Matthew D. Guletz*
Matthew D. Guletz, #57410MO
One US Bank Plaza
St. Louis, Missouri 63101
314-552-6000
Fax: 314-552-700
mguletz@thompsoncoburn.com

*Attorneys for Defendant Integrated Media Solutions*


SANDBERG PHOENIX & von GONTARD P.C.

*/s/ Timothy C. Sansone*
Timothy C. Sansone, #47876MO
600 Washington Avenue - 15th Floor
St. Louis, MO 63101
Tel: 314-231-3332
Fax: 314-241-7604
tsansone@sandbergphoenix.com

Katrina L. Smeltzer, #60797
4600 Madison Avenue, Suite 1250
Kansas City, MO  64112
Tel: 816-627-5542
Fax: 816-627-5532
ksmeltzer@sandbergphoenix.com

*Attorneys for Defendant Henry Schein Practice Solutions, Inc.*

2

**<u>Certificate of Service</u>**

I certify that on November 21, 2017, a copy of this document was filed electronically with the Clerk of this Court, causing automated delivery to counsel of record.

*<u>/s/ Ronald J. Eisenberg</u>*

8928118.1